IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-01589-JEB |

**PLAINTIFFS' MOTION TO STAY BRIEFING DEADLINES OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME TO RESPOND TO THE MOTIONS TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rule 7, and for the reasons explained herein, Plaintiffs respectfully request that the Court stay the deadlines for their responses to Federal Defendants' and Proposed Defendant-Intervenor's motions to dismiss in the above-captioned case. At present, Plaintiffs' response to Federal Defendants' motion to dismiss is due on September 14, 2020, and Plaintiffs' response to Proposed Defendant-Intervenor's separate motion to dismiss will be due within 14 days of the Court's decision on his motion to intervene, should the Court grant it. At the same time, there is a petition for certiorari pending in *Massachusetts Lobstermen's Association v. Ross*, No. 20-97 (filed July 27, 2020), and Plaintiffs' counsel are preparing their response in opposition to that petition for certiorari, which is due October 30, 2020. Because the Supreme Court's resolution of the petition may impact the briefing and resolution of

the motion(s) to dismiss in this case, Plaintiffs submit that a temporary stay of the briefing schedule would serve the interests of judicial efficiency and economy. In the alternative, Plaintiffs request a 45-day extension of time from the date this Court rules on the motion to intervene within which to respond to the motion(s) to dismiss.

Counsel for Federal Defendants have informed Plaintiffs' counsel that they cannot take a position on this motion until they have reviewed Plaintiffs' motion and memorandum in support. Counsel for Proposed Defendant-Intervenor has indicated that he does not oppose Plaintiffs' request for a 45-day extension, but cannot take a position on Plaintiffs' request for a stay until he has reviewed Plaintiffs' motion and memorandum in support.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

Plaintiffs state the following in support of the instant motion:

**1.** On August 31, 2020, Federal Defendants moved to dismiss Plaintiffs' complaint. Fed. Defs.' Mot. to Dismiss, ECF No. 12 (Aug. 31, 2020). On that same day, a proposed Defendant-Intervenor, Mr. Jonathan Williams, moved to intervene and lodged his own proposed motion to dismiss. Mot. to Intervene, ECF No. 11 (Aug. 31, 2020); Proposed Mot. to Dismiss, ECF No. 11-4 (Aug. 31, 2020). (Plaintiffs do not oppose Mr. Williams's motion to intervene and have separately filed a response so stating. Federal Defendants have not yet responded to the intervention motion.) Under this Court's rules, Plaintiffs' opposition to Federal Defendants' motion to dismiss is due on September 14, 2020. *See* L. Civ. R. 7(b). Additionally, if the Court

grants Mr. Williams's intervention motion, Plaintiffs' opposition to Mr. Williams's separate motion to dismiss will be due within 14 days of the Court's order on intervention. *See* L. Civ. R. 7(b), (j).

Plaintiffs are reviewing the motions to dismiss now and evaluating whether to file an opposition brief or to amend or supplement their complaint pursuant to Federal Rule of Civil Procedure 15. If Plaintiffs oppose the motion(s) to dismiss, and if the Court grants Mr. Williams's motion to intervene, Plaintiffs submit that it would serve the interests of judicial economy and efficiency to file a single, combined brief responding to both motions to dismiss, rather than two separate opposition briefs covering much the same ground.

Moreover, Plaintiffs note that their complaint and both motions to dismiss rely heavily on this Court's decision and the D.C. Circuit's affirmance in *Massachusetts Lobstermen's Association v. Ross*,[1] which upheld the President's designation of the Northeast Canyons and Seamounts Marine National Monument, and which are now the subject of a petition for certiorari pending before the Supreme Court. *See* Pet. for Writ of Cert., *Mass. Lobstermen's Assn. v. Ross*, No. 20-97 (filed July 27, 2020). The Supreme Court's resolution of that petition—and, if it grants certiorari, its potential review of the legality of the Monument *vel non*—could impact Plaintiffs' responses to the motions to dismiss in the instant case and,

---

[1] *See* Compl. ¶¶ 7, 106, 127, 128, ECF No. 1 (June 17, 2020); Mem. in Supp. of Fed. Defs.' Mot. to Dismiss 4, 8 n.3, 14-15, 34, 39, ECF No. 12 (Aug. 31, 2020); Mem. in Supp. of Proposed Def.-Intervenor's Mot. to Dismiss 1, 4, 7, 8 n.3, 9, 16, 18, 20, 27, 28, 29, ECF No. 11-5 (Aug. 31, 2020).

ultimately, the Court's resolution of those motions. Given the pendency of the petition for certiorari in *Massachusetts Lobstermen's Association*, Plaintiffs respectfully request that the Court exercise its "broad discretion" to stay Plaintiffs' deadlines to respond to the motion(s) to dismiss in the interest of judicial economy and efficiency. *Fonville v. Dist. of Columbia*, 766 F. Supp. 2d 171, 172 (D.D.C. 2011) (internal quotation marks omitted). Because President Trump's June 2020 proclamation opening the Monument to commercial fishing is already in effect, *see* Compl. ¶ 130, Plaintiffs are aware of no hardship to Federal Defendants or Proposed Defendant-Intervenor that might be caused by a stay in the briefing.

Plaintiffs further propose that, within 14 days of the Supreme Court's grant or denial of the petition, the parties submit a joint status report informing this Court of the Supreme Court's decision and proposing next steps for further proceedings in this case—e.g., either requesting that the stay be extended during Supreme Court merits review, or proposing a deadline by which Plaintiffs will respond to the motion(s) to dismiss or file an amended or supplemented complaint. *Cf.* Minute Order, *Mass. Lobstermen's Assn.*, No. 17-cv-00406-JEB (D.D.C. May 12, 2017) (granting Federal Defendants' motion to stay the earlier case, and ordering parties to submit a joint status report).

**2.** In the alternative, Plaintiffs respectfully request that the Court extend Plaintiffs' time to respond to the motion(s) to dismiss, directing Plaintiffs to file their response(s) to the motion(s) within 45 days after the Court rules on Proposed Defendant-Intervenors' motion to intervene. Plaintiffs request this extension to

4

allow counsel adequate time to review and respond to Federal Defendants' and Proposed Defendant-Intervenors' recent filings and to draft a single combined opposition to both motions to dismiss (or, alternatively, to file an amended or supplemented complaint).

Plaintiffs' counsel's efforts to review and respond to the motions to dismiss require additional time because they are simultaneously endeavoring to draft their brief in opposition to certiorari in *Massachusetts Lobstermen's Association*, which is due October 30, 2020; because, if the Court grants Mr. Williams's intervention motion, Plaintiffs intend to respond to both motions to dismiss with an amended/supplemented complaint or with a single, combined opposition brief; and because the COVID-19 pandemic and related office and school closures have disrupted and continue to disrupt Plaintiffs' counsel's work.

| | |
|---|---|
| Dated: September 8, 2020 | Respectfully submitted, |
| | */s/ Katherine Desormeau* |
| Erica Fuller (D.D.C. Bar. ID MA001) | Katherine Desormeau (D.D.C. Bar ID CA00024) |
| Peter Shelley (admitted pro hac vice) | |
| Conservation Law Foundation | Ian Fein (D.D.C. Bar ID CA00014) |
| 62 Summer Street | Natural Resources Defense Council |
| Boston, MA 02110 | 111 Sutter Street, 21st Floor |
| (617) 850-1754 | San Francisco, CA 94104 |
| efuller@clf.org | (415) 875-6100 |
| pshelley@clf.org | kdesormeau@nrdc.org |
| | ifein@nrdc.org |
| *Counsel for Plaintiff Conservation Law Foundation* | Jacqueline M. Iwata (D.C. Bar No. 1047984) |
| Roger Fleming (D.D.C. Bar. ID ME001) | Natural Resources Defense Council |
| Blue Planet Strategies, LLC | 1152 15th Street, NW, Suite 300 |
| 47 Middle Street | Washington, DC 20005 |
| Hallowell, ME 04347 | (202) 289-2377 |
| (978) 846-0612 | jiwata@nrdc.org |

5


rflemingme7@gmail.com

*Counsel for Plaintiffs Klyver and Center for Biological Diversity*

*Counsel for Plaintiff Natural Resources Defense Council*