IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, et al.,<br><br>　　　　　Defendants,<br><br>　　and<br><br>JONATHAN WILLIAMS,<br><br>　　　　　Defendant-Intervenor. | Case No. 1:20-cv-01589-JEB |

## JOINT STATUS REPORT

The parties hereby submit this Joint Status Report pursuant to the Court's April 6 and May 26, 2021 Orders.

### BACKGROUND

In its minute order of September 11, 2020, this Court stayed the case and ordered Plaintiffs, Federal Defendants, and Defendant-Intervenor Jon Williams to file a joint status report within 14 days of the Supreme Court's grant or denial of the petition for certiorari in the *Massachusetts Lobstermen's Association* litigation. On March 22, 2021, the Supreme Court denied the petition for certiorari in that case.

On January 20, 2021, the President issued Executive Order No. 13,990 (hereinafter "E.O. 13990") which directed the Secretary of the Interior to "conduct a review of the monument … conditions that were established by … Proclamation 10049 of June 5, 2020 (Modifying the

1

Northeast Canyons and Seamounts Marine National Monument)"—the presidential proclamation at issue in this litigation—"to determine whether restoration of the monument … conditions that existed as of January 20, 2017, would be appropriate." 86 Fed. Reg. 7037, 7039 (Jan. 20, 2021). The Order further directed the Secretary to "submit a report to the President summarizing the findings of the review" and offering "recommendations for … Presidential actions or other actions consistent with law as the Secretary may consider appropriate to carry out the policy set forth in section 1 of this order," *id.*, including "restor[ing] and expand[ing] our national treasures and monuments," *id*. at 7037.

In their April 5, 2021 Joint Status Report (ECF No. 26), the parties asked the Court to continue the existing stay. The Court's April 6, 2021 minute order continued the stay and ordered the parties to file another Joint Status Report by June 4, 2021. That deadline was later extended to June 11, 2021.

On June 2, 2021, the Department of the Interior transmitted the report pursuant to E.O. 13,990 summarizing the findings and recommendations to the President. The parties believe that the Court should continue the stay to allow the President to consider the findings and recommendations in that report. Continuing the stay and allowing the President to consider, and potentially act on, the report's findings and recommendations would better situate the parties to assess whether the current dispute has been or will be mooted or whether the current litigation should continue, and would therefore conserve judicial resources.

Accordingly, the parties respectfully request that the Court continue the current stay of this action and require the parties to file another joint status report by July 13, 2021.

Dated: June 11, 2021                              Respectfully submitted,

Erica Fuller (D.D.C. Bar. ID MA001)
Peter Shelley (admitted pro hac vice)
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1754
efuller@clf.org
pshelley@clf.org

*Counsel for Plaintiff Conservation Law Foundation*

Roger Fleming (D.D.C. Bar. ID ME001)
Blue Planet Strategies, LLC
47 Middle Street
Hallowell, ME 04347
(978) 846-0612
rflemingme7@gmail.com

*Counsel for Plaintiffs Klyver and Center for Biological Diversity*

/s/ Katherine Desormeau
Katherine Desormeau (D.D.C. Bar ID CA00024)
Ian Fein (D.D.C. Bar ID CA00014)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
kdesormeau@nrdc.org
ifein@nrdc.org

Michelle Newman (D.D.C. Bar ID NY0370)
Natural Resources Defense Council
40 W 20th Street, 11th Floor
New York, NY 10011
(212) 727-4679
mnewman@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

/s/ David Frulla
David Frulla (D.C. Bar # 414170)
Andrew Minkiewicz (D.C. Bar # 981552)
Bezalel A. Stern (D.C. Bar # 1025745)
Bret Sparks (D.C. Bar # 1617199)
KELLEY DRYE & WARREN LLP
3050 K Street N.W., Suite 400
Washington, D.C. 20007
Phone: (202) 342-8400
Email: dfrulla@kelleydrye.com
Email: aminkiewicz@kelleydrye.com
Email: bstern@kelleydrye.com
Email: bsparks@kelleydrye.com

*Counsel for Defendant-Intervenor Jonathan Williams*

JEAN E. WILLIAMS
Deputy Assistant Attorney General

/s/ Lucinda J. Bach
Lucinda J. Bach (D.C. Bar No. 375366)
Trial Attorney
U.S. Department of Justice,
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: 202-616-9663
Fax: 202-305-0506
Email: Lucinda.Bach@usdoj.gov

*Counsel for Federal Defendants*

3